Beatrice BURT, Respondent,

v.

CIVIL SERVICE COMMISSION, Appellant.

No. 48753.

Missouri Court of Appeals, Eastern District, Division Three.

April 16, 1985.

Charles R. Oldham, St. Louis, for appellant.

Judith A. Ronzio, Associate City Counselor, St. Louis, for respondent.

ORDER

PER CURIAM.

Plaintiff appeals a judgment of the circuit court which affirmed her layoff from the St. Louis Agency on Training and Employment. An extended opinion would be of no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).

---

Claudette BULLINGTON, Plaintiff-Appellant,

v.

PARTS FABRICATORS, INC., Defendant-Respondent.

No. 49199.

Missouri Court of Appeals, Eastern District, Division Five.

April 16, 1985.

Richard Alan Cooper, St. Louis, for plaintiff-appellant.

Frederick W. Shultz, St. Louis, for defendant-respondent.

ORDER

PER CURIAM.

Civil action in two counts seeking actual and punitive damages. Count I was for wrongful discharge from employment under the Missouri Workers Compensation Act. Count II was for the alleged violation of the Missouri Service Letter statute. Appellant was awarded, by jury, the sum of one dollar in actual damages and denied punitive damages under Count II. The jury found in favor of respondent upon Count I.

The judgment is affirmed. Rule 84.16(b).